# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0926
_____

EDDIE WRIGHT,

    Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

July 17, 2024

PER CURIAM.

The Court treats the notice of appeal as a petition for writ of certiorari. Fla. R. App. P. 9.040(c). As the Court's jurisdiction was not timely invoked, this proceeding is hereby dismissed. Fla. R. App. P. 9.100(c)(1).

ROWE, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Eddie Wright, pro se, Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellees.